THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| Edward Woytowicz,<br><br>                   Plaintiff,<br><br>– against–<br><br><br>United Teletech Financial Federal Credit Union and Equifax Information Services, LLC,<br><br>                   Defendant(s). | Civil Action No. 3:21-cv-20306<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO UNITED TELETECH FINACIAL CREDIT UNION ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edward Woytowicz, through his attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss United Teletech Financial Credit Union, only, with prejudice.

Dated:  January 27, 2022        Respectfully Submitted,

                                               **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                                               /s/ Maksim Reznik
                                               Maksim Reznik, Esq.
                                               30 Wall Street, 8th Floor #741
                                               New York, New York 10005
                                               Tel (866) 249-1137
                                               Fax (877) 366-4747
                                               Email: maksim.r@gitmeidlaw.com
                                               Attorneys for Plaintiff