THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Edward Woytowicz,<br><br>     Plaintiff,<br><br> – against –<br><br>United Teletech Financial Federal Credit Union and Equifax Information Services, LLC,<br><br>     Defendant(s). | **Civ. No.** 3:21-cv-20306<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

 Plaintiff Edward Woytowicz respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Equifax Information Services, LLC be excused from all future appearances and deadlines until this matter is dismissed.

Dated: January 27, 2022    **Law Offices of Robert S. Gitmeid & Associates, PLLC**

               /s/ Maksim Reznik
               Maksim Reznik, Esq.
               30 Wall Street, 8th Floor #741
               New York, NY 10005
               Tel: (866) 249-1137
               Fax: (877) 366-4747
               Email: maksim.r@gitmeidlaw.com
               *Counsel for Plaintiff*