THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| Edward Woytowicz,<br><br>              Plaintiff,<br><br>– against–<br><br><br>United Teletech Financial Federal Credit Union and Equifax Information Services, LLC,<br><br>              Defendant(s). | Civil Action No. 3:21-cv-20306<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO UNITED TELETECH FINACIAL CREDIT UNION ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edward Woytowicz, through his attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss United Teletech Financial Credit Union, only, with prejudice.

Dated:  January 27, 2022        Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/ Maksim Reznik
Maksim Reznik, Esq.
30 Wall Street, 8th Floor #741
New York, New York 10005
Tel (866) 249-1137
Fax (877) 366-4747
Email: maksim.r@gitmeidlaw.com
Attorneys for Plaintiff

So Ordered this 31st day of January, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**